EUPLIO CONOSCENTI, as Administrator of the Estate of GUISEPPE RIBILOTTO, Deceased, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant.

*Conoscenti* v. *Holbrook, Cabot & Rollins Corporation*, 169 App. Div. 923, affirmed.

(Argued November 3, 1916; decided November 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The complaint alleges that plaintiff's intestate was engaged in conveying steel bars which came in contact with an unguarded electric switch and deceased received an electric shock which instantly killed him, and that such death was caused by defects in the condition of the ways, works, machinery and plant, and that defendant failed to comply with section 81 of the Labor Law in that the aforesaid switch was not properly guarded. The complaint further alleges due notice of the time, place and cause of the death pursuant to the Labor Law. The answer denies the negligence and sets up the defenses of contributory negligence and assumption of risk.

*Benjamin Patterson* and *George Bell* for appellant.

*Charles K. Carpenter* and *Joseph V. Gallagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.